IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | C.A. No. _____ |
| ) | |
| APOTEX INC. and APOTEX CORP. ) ) | |
| Defendants. ) | |

### PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Boehringer Ingelheim Pharmaceuticals, Inc. states that it is wholly-owned by Boehringer Ingelheim Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiff*
  *Boehringer Ingelheim Pharmaceuticals, Inc.*

*Of Counsel*:

Kenneth G. Schuler
Amanda J. Hollis
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

Carisa S. Yee
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

January 31, 2008