IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 08-65 (SLR) ) |
| APOTEX INC. and APOTEX CORP. | ) ) ) |
| Defendants. | ) |

**PLAINTIFF AND COUNTERCLAIM DEFENDANT
BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S REPLY
TO THE COUNTERCLAIMS OF DEFENDANTS AND COUNTERCLAIM
PLAINTIFFS APOTEX INC. AND APOTEX CORP.**

Plaintiff and Counterclaim Defendant Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer"), for its Reply to the Counterclaims of Defendants and Counterclaim Plaintiffs Apotex Inc. and Apotex Corp. ("Apotex"), states as follows:

### COUNTERCLAIMS

1. Boehringer admits, upon information and belief, that Apotex Inc. is a corporation organized and existing under the laws of the Canada, having a principal place of business at 150 Signet Drive, Toronto, Ontario, Canada M9L 1T9.

2. Boehringer admits, upon information and belief, that Apotex Corp. is a corporation incorporated under the laws of the State of Delaware, having a principal place of business at 2400 North Commerce Parkway, Suite 400, Weston, Florida 33326.

3. Boehringer admits that it is a Delaware corporation, having a principal place of business at 900 Ridgebury Road, Ridgefield, Connecticut.

4. Boehringer admits that there is an existing, continuing actual controversy between Boehringer and Apotex, regarding the alleged infringement and validity of U.S. Patent No. 5,098,715 ("the '715 Patent"); otherwise denied.

5. Boehringer admits that his action arises under the patent laws of the United States of America and that this Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. Admitted.

7. Admitted.

## COUNT I
## DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE '715 PATENT

8. Boehringer denies each and every allegation and/or legal conclusion set forth in Paragraph Number 8.

## COUNT II
## DECLARATORY JUDGMENT OF PATENT INVALIDITY OF THE '715 PATENT

9. Boehringer denies each and every allegation and/or legal conclusion set forth in Paragraph Number 9.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and Counterclaim Defendant Boehringer denies that Apotex is entitled to any of the relief sought in its Prayer for Relief which requires no answer. To the extent that Apotex's Prayer for Relief states any factual allegations or legal conclusions, Boehringer denies the same.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiff*
  *Boehringer Ingelheim Pharmaceuticals, Inc.*

2

*Of Counsel*:

Kenneth G. Schuler
Amanda J. Hollis
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Carisa S. Yee
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

March 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Francis J. Murphy, Esquire
> Jonathan L. Parshall, Esquire
> MURPHY & LANDON

I further certify that I caused to be served copies of the foregoing document on March 17, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Francis J. Murphy, Esquire<br>Jonathan L. Parshall, Esquire<br>MURPHY & LANDON<br>1011 Centre Road – Suite 210<br>Wilmington, DE 19805 | *VIA ELECTRONIC MAIL* |
| Keith D. Parr, Esquire<br>Scott B. Feder, Esquire<br>Kevin M. Nelzon, Esquire<br>David B. Abramowitz, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)