IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br> v. <br> APOTEX, INC. AND APOTEX CORP., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-65 <br> ) <br> ) <br> ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Keith D. Parr, P.C., Scott B. Feder, Alan B. Clement, Kevin M. Nelson, and David B. Abramowitz to represent Apotex, Inc. and Apotex Corp. in this matter.

MURPHY & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
Attorney for Defendant

Date: March 20, 2008

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____     _____
                                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: March 13, 2008         Signed: _____
                                     Keith D. Parr, P.C.
                                     Locke Lord Bissell & Liddell, LLP
                                     111 South Wacker Drive
                                     Chicago, IL 60606-4410
                                     (312) 443-0497
                                     (312) 896-6497 (fax)
                                     kparr@lockelord.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 3-12-08

Signed: /s/ Scott B. Feder
Scott B. Feder, Esquire
Locke Lord Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, IL 60606-4410
(312) 443-0261
(312) 896-6261 (fax)
sfeder@lockelord.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 3/18/08

Signed: _____
Alan B. Clement, Esquire
Locke Lord Bissell & Liddell, LLP
885 Third Avenue, 26th Floor
New York, NY 10022
(212) 947-4700
(212) 947-1202
aclement@lockelord.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 3/13/08         Signed: _____
                              Kevin M. Nelson, Esquire
                              Locke Lord Bissell & Liddell, LLP
                              111 South Wacker Drive
                              Chicago, IL 60606-4410
                              (312) 443-1890
                              (312) 896-6890 (fax)
                              knelson@lockelord.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 3/13/08

Signed: _____
David B. Abramowitz, Esquire
Locke Lord Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, IL 60606-4410
(312) 443-0591
(312) 896-6591 (fax)
dabramowitz@lockelord.com

## CERTIFICATE OF SERVICE

I, Francis J. Murphy, hereby certify that on this 20th day of March, 2008, I electronically filed **APOTEX, INC.'S and APOTEX CORP.'S MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/CEF which will send notification of such filings(s) to the following:

Jack B. Blumenfeld
Maryellen Noreika
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com


I, Francis J. Murphy, hereby certify that on this 20th day of March, 2008, I have mailed by United States Postal Service, the document(s) **APOTEX, INC.'S and APOTEX CORP.'S MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** to the following non-registered participants:

Kenneth G. Schuler
Amanda J. Hollis
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-770

Carisa S. Yee
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

                              **MURPHY & LANDON**

                              /s/Francis J. Murphy
                              Francis J. Murphy, DE I.D. No. 223
                              1011 Centre Road, Suite 210
                              Wilmington, Delaware  19805
                              (302) 472-8103
                              (302) 472-8135 (fax)
                              fmurphy@msllaw.com

150976