# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 08-65 (SLR) |
| APOTEX INC. and APOTEX CORP. | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Initial Disclosures* were caused to be served on April 9, 2008 upon the following in the manner indicated:

Francis J. Murphy, Esquire                                                      *VIA ELECTRONIC MAIL*
Jonathan L. Parshall, Esquire
MURPHY & LANDON
1011 Centre Road – Suite 210
Wilmington, DE  19805

Keith D. Parr, Esquire                                                              *VIA ELECTRONIC MAIL*
Scott B. Feder, Esquire
Kevin M. Nelzon, Esquire
David B. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiff*
   *Boehringer Ingelheim Pharmaceuticals, Inc.*

*Of Counsel*:

Kenneth G. Schuler
Amanda J. Hollis
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

Carisa S. Yee
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600


April 9, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Francis J. Murphy, Esquire
> Jonathan L. Parshall, Esquire
> MURPHY & LANDON

I further certify that I caused to be served copies of the foregoing document on April 9, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Francis J. Murphy, Esquire<br>Jonathan L. Parshall, Esquire<br>MURPHY & LANDON<br>1011 Centre Road – Suite 210<br>Wilmington, DE 19805 | *VIA ELECTRONIC MAIL* |
| Keith D. Parr, Esquire<br>Scott B. Feder, Esquire<br>Kevin M. Nelzon, Esquire<br>David B. Abramowitz, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld (#1014)