## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APOTEX INC. and APOTEX CORP. )<br>)<br>Defendants. )<br>) | C.A. No. 08-65 (SLR) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Plaintiff's First Set of Interrogatories to Defendants* and (ii) *Plaintiff's First Set of Requests for the Production of Documents and Things to Defendants (Request Nos. 1-8)* were caused to be served on May 16, 2008 upon the following in the manner indicated:

Francis J. Murphy, Esquire  *VIA HAND DELIVERY*
Jonathan L. Parshall, Esquire  *and ELECTRONIC MAIL*
MURPHY & LANDON
1011 Centre Road – Suite 210
Wilmington, DE  19805

Keith D. Parr, Esquire  *VIA ELECTRONIC MAIL*
Scott B. Feder, Esquire
Kevin M. Nelzon, Esquire
David B. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Jack B. Blumenfeld*

                Jack B. Blumenfeld (#1014)
                Maryellen Noreika (#3208)
                1201 North Market Street
                P. O. Box 1347
                Wilmington, DE  19899-1347
                (302) 658-9200
                jblumenfeld@mnat.com
                mnoreika@mnat.com
                *Attorneys for Plaintiff*
                   *Boehringer Ingelheim Pharmaceuticals, Inc.*

*Of Counsel*:

Kenneth G. Schuler
Amanda J. Hollis
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

Carisa S. Yee
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

May 16, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Francis J. Murphy, Esquire
> Jonathan L. Parshall, Esquire
> MURPHY & LANDON

I further certify that I caused to be served copies of the foregoing document on May 16, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Francis J. Murphy, Esquire<br>Jonathan L. Parshall, Esquire<br>MURPHY & LANDON<br>1011 Centre Road – Suite 210<br>Wilmington, DE  19805 | *VIA HAND DELIVERY<br>and ELECTRONIC MAIL* |
| Keith D. Parr, Esquire<br>Scott B. Feder, Esquire<br>Kevin M. Nelzon, Esquire<br>David B. Abramowitz, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL  60606 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)