IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 08-65-SLR |
| v. | ) ) | |
| APOTEX INC. and APOTEX CORP. | ) ) | |
| Defendants. | ) | |

**DEFENDANTS APOTEX, INC. AND APOTEX CORP.'S MOTION TO DISMISS
BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S COMPLAINT**

Defendants, Apotex, Inc. and Apotex Corp. (collectively "Apotex") hereby respectfully move, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss the complaint in the above action. The grounds for this motion are set forth in Apotex's accompanying Brief filed with this motion.

**MURPHY & LANDON LLP**

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, Delaware  19805
(302) 472-8103
(302) 472-8135 (fax)
fmurphy@msllaw.com
*Attorneys for Defendants*
*Apotex, Inc. and Apotex Corp.*

*Of Counsel:*
Alan B. Clement
**LOCKE LORD BISSELL & LIDDELL LLP**
885 Third Avenue, 26th Floor
New York, NY  10022
(212) 947-4700
(212) 947-1202
aclement@lockelord.com

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
**LOCKE LORD BISSELL & LIDDELL LLP**
111 South Wacker Dr.
Chicago, Illinois  60606
312-443-0700
312-443-0336 (fax)
kparr@lockelord.com
sfeder@lockelord.com
knelson@lockelord.com
dabramowitz@lockelord.com


Dated:  June 2, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 08-65-SLR |
| v. | ) ) | |
| APOTEX INC. and APOTEX CORP. | ) ) | |
| Defendants. | ) | |

## (PROPOSED) ORDER

Defendants, Apotex, Inc. and Apotex Corp. (collectively "Apotex") having moved to dismiss the complaint in the above action pursuant to Rules 12(b)(1) of the Federal Rules of Civil Procedure, and the Court, having considered the grounds relied upon, and having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Apotex's motion is granted and that Boehringer Ingelheim Pharmaceuticals, Inc.'s complaint is dismissed with prejudice.

_____
**United States District Judge**

## CERTIFICATE OF SERVICE

I, Francis J. Murphy, hereby certify that on this 2nd day of June, 2008, I electronically filed DEFENDANTS APOTEX, INC. AND APOTEX CORP.'S MOTION TO DISMISS BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S COMPLAINT with the Clerk of Court using CM/CEF which will send notification of such filings(s) to the following:

Jack B. Blumenfeld
Maryellen Noreika
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

I, Francis J. Murphy, hereby certify that on this 2nd day of June, 2008, I have mailed by United States Postal Service, the document(s) DEFENDANTS APOTEX, INC. AND APOTEX CORP.'S MOTION TO DISMISS BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S COMPLAINT to the following non-registered participants:

Kenneth G. Schuler
Amanda J. Hollis
**LATHAM & WATKINS LLP**
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-770
Kenneth.Shuler@lw.com
Amanda.Hollis@lw.com

Carisa S. Yee
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600
Carisa.Yee@lw.com

**MURPHY & LANDON LLP**

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, Delaware  19805
(302) 472-8103
(302) 472-8135 (fax)
fmurphy@msllaw.com