IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Boehringer Ingelheim Pharmaceuticals Inc., | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 08-65-SLR |
| Apotex Inc. and Apotex Corp., | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **9th** day of **June, 2008:**

**WHEREAS**, the parties having informed the Court through counsel that there is no longer a case or controversy.

**IT IS THEREFORE ORDERED** that the mediation tele-conference set for June 11, 2008 at 12:00 p.m. with Magistrate Judge Stark is hereby **CANCELED**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE

1