🖎 AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following ☒ Patents or    Trademarks:

| DOCKET NO.<br>08cv65 | DATE FILED<br>1/31/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Boehringer Ingelheim Pharmaceuticals, Inc. | | DEFENDANT<br><br>Apotex Inc. and Apotex Corp. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,098,715 | 3/24/92 | Burroughs Wellcome Co. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case Closed 6-19-08 per Stipulation of Dismissal<br>(See Attached) |

| CLERK<br><br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE 6-19-08<br>2/1/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 08-65 (SLR) |
| APOTEX INC. and APOTEX CORP. | ) ) ) | |
| Defendants. | ) | |

## STIPULATED DISMISSAL AND ORDER

IT IS HEREBY STIPULATED AND AGREED between Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer"), by its undersigned counsel, and Apotex Inc. and Apotex Corp. ("Apotex"), by their undersigned counsel, that:

1.    Boehringer is the holder of approved NDA No. 02-1698 for Ranitidine Hydrochloride tablets OTC, which are sold under the trademark ZANTAC® 150 and ZANTAC® 150 Cool (hereinafter "ZANTAC® 150 OTC products"). Boehringer also is the assignee of United States Patent No. 5,098,715 ("the '715 Patent").

2.    By letter dated December 18, 2008, Apotex informed Boehringer that it had submitted Abbreviated New Drug Application ("ANDA") No. 79-127 to the Food and Drug Administration for the purpose of obtaining regulatory approval to engage in the commercial manufacture, use, and/or sale of generic Ranitidine Hydrochloride Tablets USP 150 mg (OTC) described therein prior to the expiration of the '715 Patent, which is listed in the FDA's Orange Book for Boehringer's Zantac ® 150 mg OTC product.

3.    Boehringer filed a complaint against Apotex in this Court on January 31, 2008, charging Apotex with infringement of the '715 Patent pursuant to 35 U.S.C. § 271(e)(2).

4.    On February 21, 2008, Apotex counterclaimed, asserting that Apotex's manufacture, use, sale, offer to sell or importation of its proposed ranitidine hydrochloride tablets would not infringe the '715 patent and that the '715 patent is invalid.

5.    Apotex has since represented to Boehringer and this Court that it has withdrawn its ANDA No. 79-127 for Ranitidine Hydrochloride Tablets USP 150 mg (OTC) in accordance with 21 CFR § 314.65 and that it will not refile or reopen ANDA No. 79-127 prior to the expiration of the '715 Patent, including any extension thereof.

6.    Based on Apotex's representations Apotex and Boehringer agree that no justiciable case or controversy is presented by Boehringer's complaint or any of Apotex's counterclaims.

**NOW THEREFORE**, based on the above stipulations, the Court hereby **ORDERS** that:

1.    The Court hereby dismisses without prejudice the claim for infringement in the complaint.

2.    The court also dismisses without prejudice Apotex's counterclaims relating to noninfringement and invalidity of the '715 Patent.

3.    Each party shall bear its own fees and costs in connection with this action, including attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
_____

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

Attorneys for Boehringer Ingelheim
Pharmaceuticals, Inc.

Of Counsel:

Kenneth G. Schuler
Amanda J. Hollis
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Carisa S. Yee
LATHAM & WATKINS LLP
140 Soctt Drive
Menlo Park, CA 94025
(650) 328-4600

June 17, 2008


MURPHY & LANDON

/s/ Francis J. Murphy
_____

Francis J. Murphy, (#223)
Jonathan L. Parshall, (#3247)
1011 Centre Road
Suite 210
Wilmington, DE 19805
(302) 472-8103
fmurphy@msllaw.com
jonp@msllaw.com

Attorneys for Apotex Inc.
and Apotex Corp.

Of Counsel:

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
LOCK LORD BISSELL & LIDDELL LLP
111 South Wacker Dr.
Chicago, IL 60606
(312) 443-0700


SO ORDERED this _____ day of June, 2008.


_____
    United States District Judge